NUMBER 13-07-00631-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_______________________________________________________


CHRISTOPHER BAIAMONTE, 

NATALIE BAIAMONTE, AND 

JERRY MCHUGH, Appellants,


v.



DAVID L. WELGE, DARLENE T. WELGE, 

HOMEQUEST SAN ANTONIO, L.L.C. 

D/B/A PRUDENTIAL CLASSIC 

REALTY, AND JIM KOLMEIER, Appellees.

_______________________________________________________


On Appeal from the 274th District Court 


of Comal County, Texas.


_______________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 The parties to this appeal have filed a joint motion asking the Court to dismiss this
appeal. According to the motion, the parties have reached an agreement to settle and
compromise their differences. They ask this Court to render judgment effectuating the
parties' agreement. See Tex. R. App. P. 42.1(a)(2)(A). The parties have agreed that the
appeal should be dismissed, the judgment of the trial court should become final, and the
judgment should be satisfied by the payment of the settlement amount.

 We GRANT the joint motion to dismiss. We RENDER judgment effectuating the
parties' settlement agreement, and DISMISS the appeal. Appellant shall bear the costs
of this appeal. See id. 42.1(d).

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 5th day of June, 2008.